S. P. BEECHER, Appellant, v. FEDERAL LAND BANK OF SPOKANE, WASHINGTON, Leavenworth State Bank of Leavenworth, Washington, and Citizens State Bank of Omak, Omak, Washington, Appellees.

No. 10391.

Circuit Court of Appeals, Ninth Circuit.

Dec. 30, 1944.

See also 146 F.2d 934.

Charles A. Christin, of San Francisco, Cal., for appellant.

Henry R. Newton, of Spokane, Wash., for appellee Federal Land Bank of Spokane.

C. D. Randall, of Spokane, Wash., and Herman Howe, of Seattle, Wash., for appellee Leavenworth State Bank.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Appellant petitions for writ of supersedeas restraining the receiver now operating the properties of the bankrupt estate from further operating the same under the order of the District Court in this proceeding, now appealed from in an appeal pending here till the decision affirming that order this day rendered.

The petition is denied.